IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

KEONTAE LASHLEY                                                                                          PLAINTIFF

V.                                                                                          Cause No: 3:21CV238-NBB-JMV

ALLTIN, LLC, JAMES E. BROOKS, KEVIN CASTEEL,                          DEFENDANTS
WILLIE A. "SONNY" SANDERS, IN HIS OFFICIAL
CAPACITY AS THE DULY ELECTED CONSTABLE
OF LOWNDES COUNTY, WILLIE A. "SONNY"
SANDERS IN HIS INDIVIDUAL CAPACITY, and
MIKE ARLEDGE, IN HIS OFFICIAL CAPACITY
AS THE DULY ELECTED SHERIFF OF LOWNDES
COUNTY

**ORDER**

On February 19, 2022, the plaintiff filed her Amended Complaint against Alltin, LLC, James E. Brooks, Kevin Casteel, Constable Willie A. "Sonny" Sanders in his official capacity as the duly elected Constable of Lowndes County, Mississippi, and in his individual capacity, and Sheriff Mike Arledge in his official capacity as the duly elected Sheriff of Lowndes County, Mississippi. [15]. The court previously directed the Clerk of Court to re-issue process for defendant Willie A. "Sonny" Sanders, in his official capacity as the duly elected Constable of Lowndes County and for Willie A. "Sonny" Sanders, in his individual capacity, and ordered the U.S. Marshal Service to personally serve Mr. Sanders with the summonses and copies of the Complaint. [16].

In light of the filing of the Amended Complaint, the Clerk of Court is directed to issue process for the Amended Complaint for defendant Willie A. "Sonny" Sanders, in his official capacity as the duly elected Constable of Lowndes County and for Willie A. "Sonny" Sanders, in

his individual capacity, as well as for Sheriff Mike Arledge in his official capacity as the duly elected Sheriff of Lowndes County, Mississippi. Once process has been issued, the U.S. Marshal Service is ordered to personally serve Defendants Sanders and Arledge with the summonses and copies of the Amended Complaint.

      **SO ORDERED,** this the 21st day of March, 2022.

                                        /s/ Jane M. Virden
                                        **United States Magistrate Judge**